| AO 10*<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>SEYMOUR, STEPHANIE K. | 2. Court or Organization<br><br>US COURT OF APPEALS | 3. Date of Report<br><br>09/14/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE--SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual     ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>4-562 U.S. COURTHOUSE<br>333 WEST FOURTH STREET<br>TULSA, OK 74103-3877 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SEYMOUR, STEPHANIE K.** | 09/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | self-employed -- lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 09/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of Oklahoma Accounts | A | Interest | J | T | | | | | |
| 2. Prosperity Bank Accounts | A | Interest | K | T | | | | | |
| 3. Raymound James Accounts | A | Interest | N | T | | | | | |
| 4. Lot, Mt. Crested Butte, CO ($81,000, 8/10/1994) | | None | O | R | | | | | |
| 5. IRA #5 (H) | | | | | | | | | |
| 6. -Doubleline Total Return Fund Instl (DBLTX) (mutual fund) | A | Dividend | J | T | | | | | |
| 7. -Loomis Sayles Investment Grade Bd Cl Y (LSIIX) (mutual fund) | A | Dividend | J | T | | | | | |
| 8. -TCW Emerging Markets Income Fd Cl I (TGEIX) (mutual fund) | A | Dividend | K | T | | | | | |
| 9. -Virtus Newfleet Multi-Sector Short Term Bond (PIMSX) (mutual fund) | A | Dividend | J | T | | | | | |
| 10. -Blackrock Strategic Income I (BSIIX) (mutual fund) | A | Dividend | K | T | | | | | |
| 11. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | A | Dividend | J | T | | | | | |
| 12. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | A | Dividend | J | T | | | | | |
| 13. -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | A | Dividend | J | T | | | | | |
| 14. -Guggenheim Macro Opportunities Fd Cl (GIOIX) (mutual fund) | A | Dividend | J | T | | | | | |
| 15. -Vanguard Total Intl BD (BNDX) (ETF) | A | Dividend | J | T | | | | | |
| 16. -Invesco Core Bond Plus Fund (CPBYX) (mutual fund) | A | Dividend | J | T | | | | | |
| 17. -SPDR Doubleline TR Tact ETF (TOTL) (ETF) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -AB Global Bond Fund (ANAYX) (mutual fund) | A | Dividend | J | T | | | | | |
| 19. -Guggenheim Total Return Bond Fund (GIBIX) (mutual fund) | A | Dividend | K | T | | | | | |
| 20. -Vanguard Wellesley Income Fund (VWIAX) (mutual fund) | A | Dividend | K | T | | | | | |
| 21. -Invesco Bulletshares 2019 HY Corp Bond (BSJJ) (ETF) | A | Dividend | | | Sold | 12/18/19 | K | | |
| 22. -Spdr Bloomberg Barclays 1-3 mo. T-bill (BIL) (ETF) | A | Dividend | K | T | | | | | |
| 23. IRA #6 (H) | | | | | | | | | |
| 24. -Double Linne Total Return Fund Instl (DBLTX) (mutual fund) | B | Dividend | K | T | | | | | |
| 25. -Loomis Sayles Investment Grade Bond (LSIIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 26. -TCW Emerging Markets Income Fd Class I (TGEIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 27. -Virtus Newfleet Multi-Sector Short Term Bond (PIMSX) (mutual fund) | B | Dividend | K | T | | | | | |
| 28. -Blackrock Strategic Income I (BSIIX) (mutual fund) | C | Dividend | L | T | | | | | |
| 29. -Blackrock Global Long/Short FD I (BGCIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 30. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | B | Dividend | K | T | | | | | |
| 31. -Lord Abbett Short Duration Inc Fd (LDLFX) (mutual fund) | B | Dividend | K | T | | | | | |
| 32. -Guggenheim Macro Opportunities Fd (GIOIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 33. -AB Global Bond Fund Class Advisor (ANAYX) (mutual fund) | B | Dividend | K | T | | | | | |
| 34. -Invesco Core Bond Plus Fund Class Y (CPBYX) (mutual fund) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -SPDR Doubleline Tr Tact ETF (TOTL) (ETF) | B | Dividend | K | T | | | | | |
| 36. | -Vanguard Total Instl Bond ETF (BNDX) (ETF) | B | Dividend | K | T | | | | | |
| 37. | -Guggenheim Total Return Bond Fund (GIBIX) (mutual fund) | B | Dividend | L | T | | | | | |
| 38. | -Vanguard Wellesley Income Fund (VWIAX) (mutual fund) | B | Dividend | L | T | | | | | |
| 39. | -Invesco Bulletshares 2019 High Yield (BSIJ) (ETF) | B | Dividend | | | Sold | 12/18/19 | L | | |
| 40. | -Spdr Bloomberg Barclays 1-3 mo. T-bill (BIL) (ETF) | B | Dividend | L | T | | | | | |
| 41. | BROKERAGE ACCOUNT #9 ANNUITIES (H) | | | | | | | | | |
| 42. | Jackson Nat'l Life Ins. Perspect. L Series Cl L (variable annuity) (H) | | | | | | | | | |
| 43. | -JNL/MC Index 5 | | None | M | T | | | | | |
| 44. | -JNL/Institutional Alt 25 | | None | M | T | | | | | |
| 45. | -JNL/Blackrock Global Allocation | | None | K | T | | | | | |
| 46. | Lincoln Nat'l Choice Plus Assurance L Share (variable annuity) (H) | | | | | | | | | |
| 47. | -Blackrock Global Allocation | | None | L | T | | | | | |
| 48. | -LVIP SSGA Mod Aggr Index Allo | | None | M | T | | | | | |
| 49. | -LVIP Global Growth Alloc MR | | None | M | T | | | | | |
| 50. | -LVIP SSGA Glbl Tactical Alloctn Mgd | | None | M | T | | | | | |
| 51. | Lincoln Nat'l Choice Plus Assurance L Share (variable annuity) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Blackrock Global Allocation | | None | L | T | | | | | |
| 53.  -LVIP SSGA Mod Aggr Index Allo | | None | M | T | | | | | |
| 54.  -LVIP Global Growth Alloc MR | | None | M | T | | | | | |
| 55.  -LVIP SSGA Glbl Tactical Alloctn Mgd | | None | M | T | | | | | |
| 56.  Ohio Nat'l Oncore Lite II Class L (variable annuity) (H) | | | | | | | | | |
| 57.  -Omni Portfolio (Suffolk) | | None | K | T | | | | | |
| 58.  -Invesco V.I. Balanced Risk Allocation | | None | L | T | | | | | |
| 59.  -TOPS (R) Managed Risk Growth ETF | | None | M | T | | | | | |
| 60.  -Pimco GLB DIV Alloc | | None | K | T | | | | | |
| 61.  BROKERAGE #10 (H) | | | | | | | | | |
| 62.  -Blackrock Strategic Income (BSIIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 63.  -Vanguard Total Stock Market (VTI) (ETF) | B | Dividend | M | T | | | | | |
| 64.  -Invesco Powershared QQQ Trust (QQQ) (ETF) | A | Dividend | K | T | | | | | |
| 65.  -Invesco Equally-Weighted S&P 500 (VADDX) (mutual fund) | A | Dividend | K | T | | | | | |
| 66.  -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | B | Dividend | K | T | | | | | |
| 67.  -Guggenheim Macro Opportunities Fd (GIOIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 68.  -JP Morgan Small Cap Equity Bond Fund Select (VSEIX) (mutual fund) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -Vanguard Intl Equity Index FD FTSE All World EX US (VEU) (ETF) | B | Dividend | K | T | | | | | |
| 70. | -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | B | Dividend | K | T | | | | | |
| 71. | -Virtus Vontobel Emerging Markets Opp (HIEMX) (mutual fund) | A | Dividend | K | T | | | | | |
| 72. | -Guggenheim Total Return Bond Fund (GIBIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 73. | -Spdr Bloomberg Barclays 1-3 mo. T-bill (BIL) (ETF) | A | Dividend | | | Sold (part) | 07/02/19 | J | | |
| 74. | | | | | | Sold | 07/31/19 | K | A | |
| 75. | IRA #7 (H) | | | | | | | | | |
| 76. | -IShares Core MSCI EAFE (IEFA) (ETF) | C | Dividend | M | T | | | | | |
| 77. | -IShares Core MSCI Emerging Market (IEMG) (ETF) | B | Dividend | K | T | | | | | |
| 78. | -IShares Core S&P Cap (IJR) (ETF) | A | Dividend | K | T | | | | | |
| 79. | -IShares MSCI China (MCHI) (ETF) | A | Dividend | K | T | | | | | |
| 80. | -Vanguard Mid Cap (VO) (ETF) | B | Dividend | L | T | | | | | |
| 81. | -Vanguard Total World STK (VT) (ETF) | A | Dividend | J | T | | | | | |
| 82. | -Vanguard Value (VTV) (ETF) | B | Dividend | L | T | | | | | |
| 83. | -Vanguard Growth (VUG) (ETF) | A | Dividend | L | T | | | | | |
| 84. | -Vanguard Large Cap (VV) (ETF) | B | Dividend | M | T | | | | | |
| 85. | BROKERAGE ACCOUNT #12 (H) | | | | | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | | | Sold | 08/28/19 | K | | |
| 87. -Doubleline Total Return Fd Instl (DBLTX) (mutual fund) | B | Dividend | K | T | | | | | |
| 88. -Invesco High Yield Munnicipal Fund Cl Y (ACTDX) (mutual fund) | B | Dividend | K | T | | | | | |
| 89. -Thornburg Limited Term Municipal FD Cl I (LTMIX) (mutual fund) | A | Dividend | | | Sold | 07/24/19 | K | A | |
| 90. -Virtus Newfleet Multi-Sector Short Term BD (PIMSX) (mutual fund) | B | Dividend | | | Sold | 08/28/19 | K | A | |
| 91. -Blackrock Multi-Asset Income Portfolio Instl (BICX) (mutual fund) | B | Dividend | | | Sold | 06/13/19 | K | | |
| 92. -Blackrock Strategic Municipal Opportunities (MAMTX) (mutual fund) | A | Dividend | | | Sold | 07/24/19 | K | A | |
| 93. -Lord Abbett Short Duration Income Fund (LDLFX (mutual fund) | B | Dividend | | | Sold | 06/13/19 | K | | |
| 94. -Mainstay Mackay Tax Free Bond Cl I (MTBIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 95. -Loomis Sayles Investment Grade Bond Class Y (LSIIX) (mutual fund0 | A | Dividend | | | Sold | 05/23/19 | K | | |
| 96. -Guggenheim Macro Opportunities Fund Class (GIOX) (mutual fund) | B | Dividend | K | T | | | | | |
| 97. -TCW Emerging Markets Income Fund Class I (TGEIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 98. -AB Global Bond Fund Class Advisor (ANAYX) (mutual fund) | A | Dividend | | | Sold | 06/13/19 | K | A | |
| 99. -Invesco Core Bond Plus Class Y (CPBYX) (mutual fund) | B | Dividend | | | Sold | 05/23/19 | K | | |
| 100. -Invesco Intermediate Term Muni Inc Fd Cl Y N/L (VKLIX) (mutual fund) | A | Dividend | | | Sold | 08/28/19 | K | B | |
| 101. -Guggenheim Total Return Bd Fd Instl Cl (GIBIX) (mutual fund) | B | Dividend | | | Sold | 06/13/19 | K | A | |
| 102. -Vanguard Wellesley Inc Fd Admiral Shares (VWIAX) (mutual fund) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 09/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Invesco Bulletshare 2019 HY Corp Bd (BSIJ) (ETF) | A | Dividend | | | Sold | 12/18/19 | K | | |
| 104.  -Spdr Bloomberg Barclays 1-3 mo T-Bill (BIL) (ETF) | A | Dividend | | | Sold | 05/16/19 | K | | |
| 105.  BROKERAGE ACCOUNT #13 (H) | | | | | | | | | |
| 106.  -IShares NASDAQ Biotechnology (IBB) (ETF) | | None | J | T | | | | | |
| 107.  -IShaares TR USA MSCI Momentum Factor (MTUM) (ETF) | A | Dividend | J | T | | | | | |
| 108.  -IShaares TR USA MSCI Quality Factor (QUAL) (ETF) | A | Dividend | J | T | | | | | |
| 109.  -Vanguard Consumer Discretionary (VCR) (ETF) | A | Dividend | | | Sold | 08/12/19 | K | D | |
| 110.  -Vanguard Financials (VFH) (ETF) | | None | | | Sold | 01/03/19 | K | | |
| 111.  -Vanguard Information Technology (VGT) (ETF) | A | Dividend | L | T | | | | | |
| 112.  -Vanguard Health Care (VHT) (ETF) | A | Dividend | K | T | | | | | |
| 113.  -Spdr Materials Select Sector Trust (XLB) (ETF) | A | Dividend | J | T | | | | | |
| 114.  -Spdr Industrial Select Sector Fund (XLI) (ETF) | A | Dividend | K | T | | | | | |
| 115.  -Spdr Consumers Staples Select Sector Fund (XLP) (ETF) | A | Dividend | J | T | | | | | |
| 116.  -IShares TR Trans Avg (IYT) (ETF) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 09/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII INVESTMENTS AND TRUSTS, BROKERAGE ACCOUNT #9--HEADING ON LINE 41 AND ASSETS ON LINES 42 THROUGH 60:

The reporting of annuities in this brokerage account have been amended to indicate they are variable annuities and to list their underlying assets which had been inadvertently omitted in past reports. Insurers of these assets report income as "unit value" and therefore income information of the underlying assets is not available.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHANIE K. SEYMOUR**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544